IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JENNIFER ANNE MALEY,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JENNIFER ANNE MALEY, | ) Case No.: CV 15- 03509 GJS |
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| v. | ) AWARDING EAJA FEES |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) GAIL J. STANDISH |
| | ) UNITED STATES MAGISTRATE |
| Defendant. | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED ($4,800.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: April 5, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE